Annie Steinhardt, as Executrix, etc., of Benjamin Steinhardt, Deceased, Appellant, v. Peter De Lacey, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Mary A. Cohnfeld, Appellant, v. Cyrille Carreau and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Moses R. Ryttenberg, as Receiver of the Subway and Suburban Construction Company, Respondent, v. City and County Contract Company and Others, Appellants, Impleaded with James P. McDonald and Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Red Hook Light and Power Company, Respondent, v. J. Clarence Rightmyer, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to renew on further papers after action is at issue. No opinion.

Johannes Alexander Beugger, Respondent, Appellant, v. Henry A. Rubino, Appellant, Respondent, Impleaded with Clarence D. Ashley and Others.— Order affirmed, without costs.   No opinion.

Emil Fleig and Others, Appellants, v. Katie Fleig, Respondent, Impleaded with Casper Sennhauser and Mary Sennhauser..— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Albert G. Lamport, as Administrator, etc., of Hiram H. Lamport, Deceased, Respondent, v. Mary Clementine Smedley, Appellant, Impleaded with Chemical National Bank and United States Steel Corporation.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Humboldt Exploration Company, Appellant, v. Frank Fritsch, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Clara Block, Respondent, v. Edwin Kessler and Another, Impleaded with Helen Virginia Fridenberg and Solomon S. Fridenberg, Individually and as Trustees, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Paul R. G. Horst, Respondent, v. Oregon Railroad and Navigation Company, Appellant. Paul R. G. Horst, Respondent, v. Southern Pacific Company Appellant.— Orders affirmed, with ten dollars costs and disbursements.   No opinion.

Henry D. Hotchkiss, as Trustee in Bankruptcy of Henry S. Haskins and Others, as Copartners under the Firm Name and Style of Lathrop, Haskins & Company, Appellant, v. Berthold Levi, Respondent.   (No. 2.) — Order affirmed, with ten dollars costs and disbursements.   No opinion.

Charles A. Grant and Samuel Miers, Respondents, v. Samuel Parsons. Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Harlem River Contracting Company, Appellant, v. Chelsea Exchange Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Lyon & Healy, Respondent, v. Musical Courier Company, Appellant. — Order affirmed, with ten dollars costs and disbursements.   No opinion.